IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES McELROY,

      Petitioner,                           No. 2: 09-cv-2259 GEB KJN P

    vs.

JAMES HAVILAND,

      Respondent.                   <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding without counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the 2007 Board of Parole Hearings ("BPH") decision finding him unsuitable for parole.

        The record does not contain a copy of the psychological report relied on by the BPH in 2007 to find petitioner guilty. The record also does not contain a copy of the report discussing petitioner's prison disciplinary record relied on by the BPH.

////
////
////
////
////

1

1  Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date
2  of this order, respondent shall file a copy of the report discussing petitioner's prison disciplinary
3  record and the psychological report relied on by the BPH at petitioner's 2007 suitability hearing.
4  DATED: October 20, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mc2259.fb