IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES McELROY,

      Petitioner,                    No. 2: 09-cv-2259 GEB KJN P

   vs.

JAMES HAVILAND,

      Respondent.              <u>ORDER</u>

_____/

        On October 21, 2010, the undersigned ordered respondent to file a copy of the report discussing petitioner's prison disciplinary record and the psychological report relied on by the Board of Parole Hearings ("BPH") at petitioner's 2007 suitability hearing. On November 2, 2010, respondent filed a request for reconsideration of this order and a request to seal the psychological evaluation. On November 10, 2010, the Honorable Garland E. Burrell, Jr. denied respondent's motion for reconsideration.

////
////
////
////
////

1

      Good cause appearing, IT IS HEREBY ORDERED that respondent's motion to file petitioner's psychological report, lodged as Attachment 2 to respondent's motion to file documents under seal (Dkt. No. 19) is granted.

DATED: November 17, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mc2259.ord